CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

AUG 09 2007

JOHN F. CORCORAN, CLERK
BY: /s/ 
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | |
|---|---|
| SANDRA K. RINGLEY,<br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,[1]<br>**Commissioner of Social Security,**<br>Defendant. | Civil Action No. 2:06cv00057<br><br>**FINAL JUDGMENT AND ORDER**<br><br>By: GLEN M. WILLIAMS<br>SENIOR UNITED STATES DISTRICT JUDGE |

For the reasons stated in the Memorandum Opinion accompanying this final judgment, it is **ADJUDGED and ORDERED** as follows:

1. The motion for summary judgment filed by the Commissioner of Social Security is **DENIED**;
2. The motion for summary judgment filed by the plaintiff is **DENIED**;
3. The final decision of the Commissioner denying benefits is **VACATED**;
4. The plaintiff's claims shall be **REMANDED** pursuant to 42 U.S.C. § 405(g) for further development;
5. The Clerk shall send a certified copy of this Final Judgment and the accompanying Memorandum Opinion to all counsel of record; and
6. The Clerk is directed to close the case.

**ENTER:** This 9th day of August, 2007.

_/s/ Glen M. Williams_
THE HONORABLE GLEN M. WILLIAMS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Michael J. Astrue became the Commissioner of Social Security on February 12, 2007, and is, therefore, substituted for Jo Anne B. Barnhart as the defendant in this suit pursuant to Federal Rule of Civil Procedure 25(d)(1).